# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| JOSHUA WALZ, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Foreign Profit Corporation; DELIVERY DRIVERS INC., a Foreign Profit Corporation; and ASHLEY HATFIELD, individually and her marital community, if any,<br><br>Defendants. | Case No. 3:23-cv-06083-BHS<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Joshua Walz ("Plaintiff"), and Defendants Walmart Inc. and Ashley Hatfield (collectively, "Defendants") have filed their Joint Stipulated Motion for Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Parties' Joint Stipulated Motion for Dismissal With Prejudice is hereby GRANTED, and the above-captioned matter is dismissed with prejudice, with each party to bear their own costs and fees.

Dated: 27th day of January, 2025.

_____
JUDGE BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT

ORDER GRANTING JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE - 1
Case No. 3:23-cv-06083-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Prepared By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Adam T. Pankratz*
    Adam T. Pankratz, WSBA #50951
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  adam.pankratz@ogletree.com

O'MELVENY & MYERS LLP

By: */s/ Scott Voelz*
By: */s/ Allison Bader*
By: */s/ Jamie Butts*
    Scott Voelz, CA Bar #181415
    (admitted *pro hac vice*)
    Allison Bader, CA Bar #324306
    (admitted *pro hac vice*)
    Jamie Butts, CA Bar #346647
    (admitted *pro hac vice*)
    400 South Hope Street, Suite 1900
    Los Angeles, CA  90071
    Telephone:  (213) 430-6000
    Facsimile:  (213) 430-6407
    Email:   svoelz@omm.com
              abader@omm.com
              jbutts@omm.com

*Attorneys for Defendants Walmart Inc. and Ashley Hatfield*

Approved as to Form; Presentation Waived:

**ENTENTE LAW PLLC**

By: */s/ James B. Pizl*
    James B. Pizl, WSBA #28969
    315 Thirty-Ninth Ave SW, Suite 14
    Puyallup, WA  98373
    Telephone:  (253) 446-7668
    Email:  jim@ententelaw.com

ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2
Case No. 3:23-cv-06083-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**WORKING SOLUTIONS LAW FIRM**

By: */s/ Christopher Q. Davis*
   Christopher Q. Davis, NY Bar #4068680
   (admitted *pro hac vice*)
   80 Broad Street, Suite 703
   New York, NY  10004
   Telephone:  (646) 480-2291
   Email: cdavis@workingsolutionsnyc.com

*Attorneys for Plaintiff Joshua Walz*

ORDER GRANTING JOINT STIPULATED
MOTION FOR DISMISSAL WITH
PREJUDICE - 3
Case No. 3:23-cv-06083-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2025, I served the foregoing [PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE via the method(s) below on the following parties:

| | |
|---|---|
| James B. Pizl, WSBA #28969<br>ENTENTE LAW PLLC<br>315 Thirty-Ninth Avenue SW, Suite 14<br>Puyallup, WA  98373-3690<br>Telephone:  (253) 446-7668<br>Email:  jim@ententelaw.com<br><br>*Attorneys for Plaintiff Joshua Walz* | Christopher Q. Davis, NY Bar #4068680<br>(admitted *pro hac vice*)<br>WORKING SOLUTIONS LAW FIRM<br>80 Broad Street, Suite 703<br>New York, NY  10004<br>Telephone:  (646) 480-2291<br>Email:  cdavis@workingsolutionsnyc.com<br><br>*Attorneys for Plaintiff Joshua Walz* |

☒    by electronic means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐    by mailing a true and correct copy to the last-known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐    by e-mailing a true and correct copy to the last-known email address of each person listed above.

SIGNED THIS 21st day of January, 2025 at Los Angeles, California.

                                           */s/ Scott Voelz*
                                           Scott Voelz

ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 4
Case No. 3:23-cv-06083-BHS

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058